IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s)

vs.                      Case No. 3:09-cr-127(1)

RONALD SCHROYER

    Defendant(s)

---

### ORDER FOR TEMPORARY RELEASE

---

Upon the request of the Defendant, presently incarcerated in the Butler County Jail, this court hereby orders the defendant to be released <u>Immediately on Tuesday, July 10, 2012</u>, into the custody of his cousin, Ricky Shepard, for the purposes of visiting his mother at Grandview Hospital. The defendant is to be returned to the Butler County Jail no later than <u>7:00 pm on Tuesday, July 10, 2012</u>.

IT IS SO ORDERED.

                                 */s/ Walter Herbert Rice*
                                 WALTER HERBERT RICE, JUDGE
                                 UNITED STATES DISTRICT COURT

Copies to:
The United States Attorney
The United States Marshal Service