IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD SCHROYER,

    Defendant.

Case No. 3:09-CR-127 (1)

JUDGE WALTER HERBERT RICE

---

ENTRY RESCHEDULING SENTENCING, PENDING BRIEFING BY
COUNSEL AND COURT'S RULINGS ON DEFENDANT'S OBJECTIONS
TO PRESENTENCE REPORT

---

On Tuesday, August 7, 2012, sentencing in the captioned cause, heretofore set for the aforesaid August 7, 2012, was ordered reset to Wednesday, October 17, 2012, at 1:30 p.m.

Not later than 30 days following the aforesaid August 7, 2012, Defendant's counsel will file a memorandum in support of his objections to the Presentence Report (Doc. #85), to be followed not later than 21 days thereafter by the Government's memorandum in opposition thereto. The moving Defendant will then have 10 days, following date of receipt of Government's submission, to file any reply memorandum deemed necessary.

By way of recap, the Defendant's second objection, directed toward the Probation Investigator's awarding of "recency points" is sustained, given that those

points have been eliminated by the Sentencing Commission. The Government reserves the right to introduce testimony on the Defendant's role in the offense, based upon the Court's ruling on the Defendant's other objections. The Defendant will be briefing, as a result, the first and third objections set forth in his filing of July 23, 2012.

August 10, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record